UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
MAY 29 2009
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re

Larry B. Morris,

Case No. 6-01-bk-12435-KSJ
Chapter 13

_____ Debtor(s) ___/

ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by American Casualty Insurance Company c/o McRae & Metcalf, PA, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $3,624.82 to McRae & Metcalf, PA, 306 S. Plant Avenue, Tampa, FL 33606.

DATED: May 29, 2009

Karen S. Jennemann
United States Bankruptcy Judge

Copy furnished to:
Susan Magaditsch, Financial Administrator, United States Bankruptcy Court, Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, FL 33602-3899